IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MILTON BERNARD JONES,

   Plaintiff,

    v.

DR. DOUGLAS BESS, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-3416-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 36] of the Magistrate Judge recommending dismissing the action for failure to exhaust administrative remedies. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motions to Dismiss [Doc. 13 & 14] are GRANTED. This action is DISMISSED.

SO ORDERED, this 9 day of December, 2015.

                        /s/Thomas W. Thrash
                        THOMAS W. THRASH, JR.
                        United States District Judge